U.S. DISTRICT &
BANKRUPTCY COURTS

01 MAY 29 PH 5:19

FILED
CAMDEN, CLERK

9243

ALLYN L. SWEENEY (ISB# 2524)
RINGERT CLARK CHARTERED
455 S. Third, P. O. Box 2773
Boise, Idaho 83701-2773
Telephone: (208) 342-4591
Fax No.:   (208) 342-4657

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WANDA BARNES and CHARLES BARNES, wife and husband,<br><br>        Plaintiffs,<br><br>-vs-<br><br>SULZER ORTHOPEDICS, INC.,<br><br>        Defendant. | Case No. _____<br><br>[TWIN FALLS COUNTY CASE NO. CV-01-1517]<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332(a)(1) AND 1441(b)**<br><br>[DIVERSITY OF CITIZENSHIP] |

TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO AND TO ALL PARTIES:

PLEASE TAKE NOTICE that Defendant Sulzer Orthopedics Inc. ("Defendant") hereby removes this action from the District Court of the Fifth Judicial District for the State of Idaho, in and for the County of Twin Falls, to the United States District Court for the District of Idaho pursuant to 28 U.S.C. § 1441 (Diversity of Citizenship). The removal of this action is based on the following:

1.   This action is a civil action within the meaning of the Acts of Congress relating to the removal of cases;

2.   On or about April 25, 2001, Plaintiffs Wanda Barnes and Charles Barnes

NOTICE OF REMOVAL OF ACTION - 1

("Plaintiffs") filed a complaint for damages ("Complaint") asserting claims for personal injury against Sulzer Orthopedics Inc. in the District Court for the Fifth Judicial District of the State of Idaho, in and for the County of Twin Falls. That action was assigned Case No. CV-01-1517. In the Complaint, Plaintiffs allege that an "Inter-Op™ hip implant" (an acetabular shell) designed, manufactured, delivered and sold by Defendant, which was implanted into Plaintiff Wanda Barnes, was defective, and that they suffered resultant damages;

3.    Defendant received the Summons and Complaint by personal service on May 3, 2001. On May 21, 2001, Defendant filed a Petition for Enlargement of Time, requesting an extension of time in which to formally respond to Plaintiffs' Complaint. Defendant's Petition was granted, and Defendant was given until June 20, 2001, to respond to Plaintiffs' Complaint. For that reason, Defendant has not yet filed an Answer to Plaintiffs' Complaint in the Twin Falls County Case. Copies of the Summons and Complaint, Defendant's Petition for Enlargement of Time, and Order for Enlargement of Time, are attached to this notice as Exhibits A, B and C, respectively. Additionally, in compliance with 28 U.S.C. § 1446(a), a copy of the Notice of Filing of Removal to be filed with the Twin Falls County Court pursuant to 28 U.S.C. § 1446(d) is attached hereto as Exhibit D;

4.    This Notice of Removal is filed within 30 days of the date of service of Plaintiffs' Complaint, and is thus timely under 28 U.S.C. § 1446(b);

5.    This action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b), in that it is a civil action between citizens of different states and it is facially apparent from the Complaint that the amount in controversy exceeds the sum or value of $75,000.00, exclusive of costs and interest, because Plaintiffs are seeking damages for Wanda Barnes for the surgical removal and replacement of an Inter-Op™ hip implant, another hip

NOTICE OF REMOVAL OF ACTION - 2

replacement surgery, other related medical expenses, disability, disfigurement, lost enjoyment of life, and past and future pain and suffering, and for Charles Barnes for loss of consortium;

    6.    The citizenship of the parties is as follows:

        a.    **Plaintiffs**: Upon information and belief, and as alleged in paragraph 1 of Plaintiffs' Complaint, at the time of the commencement of this action, Plaintiffs were citizens of the State of Idaho, domiciled in the County of Twin Falls.  Upon information and belief, Plaintiffs continue to be domiciled in the State of Idaho, County of Twin Falls, at the time of filing of this notice;

        b.    **Defendant Sulzer Orthopedics Inc.**: At the time of the commencement of this action, Sulzer Orthopedics Inc. was, and still is, a Delaware corporation, with its principal place of business in Austin, Texas.  Sulzer Orthopedics Inc. is not now, and was not at the time of the filing of the Complaint, incorporated in the State of Idaho and does not have, and did not have at the time of the filing of the Complaint, its principal place of business in the State of Idaho.  Hence, Sulzer Orthopedics Inc. is not now, and was not at the time of the filing of the Complaint, a citizen of the State of Idaho;

    7.    Because complete diversity exists between Plaintiffs and Defendant, and the amount in controversy exceeds the jurisdictional amount set by 28 U.S.C. § 1332, this Court is vested with subject matter jurisdiction over this action;

    8.    Defendant has not previously sought similar relief in this case;

    9.    The prerequisites for removal under 28 U.S.C. § 1441 have been met.

DATED this 29th day of May, 2001.

RINGERT CLARK CHARTERED

By _____
   Allyn L. Sweeney,
   Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of May, 2001, a true and correct copy of the foregoing was served upon all parties listed below by:

☒ U.S. Mail ☐ Fax ☐ By Hand ☐ Overnight

John T. Lezamiz
HEPWORTH, LEZAMIZ & HOHNHORST, CHTD.
133 Shoshone St. N.
P.O. Box 389
Twin Falls, ID 83303-0389

_____
Allyn L. Sweeney

NOTICE OF REMOVAL OF ACTION - 4

*Private*
*5/3/01*
*12:00*

John T. Lezamiz
HEPWORTH, LEZAMIZ & HOHNHORST,
    CHARTERED
133 Shoshone St. N.
P.O. Box 389
Twin Falls ID 83303-0389
Telephone: (208) 734-7510
ISB No. 2146
Attorneys for Plaintiff
(jtl\sulzer\barnes\summons\bjl)

IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF TWIN FALLS

* * * * * * * * * *

| | | |
|---|---|---|
| WANDA BARNES and CHARLES BARNES, wife and husband, | ) ) ) | Case No. _CV-01-1517_ |
| Plaintiffs, | ) ) | **SUMMONS** |
| vs. | ) ) | |
| SULZER ORTHOPEDICS, INC., | ) ) ) | **COPY** |
| Defendant. | ) | |

* * * * * * * * * *

**NOTICE: YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF. THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

**TO:   SULZER ORTHOPEDICS, INC.**

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court within 20 days after service of this summons on you. If you fail to so respond the court may enter judgment against you as demanded by the plaintiffs in the complaint.

*HL**E**H*
*Chartered*
*Hepworth,*
*Lezamiz &*
*Hohnhorst*

SUMMONS - 1

**EXHIBIT A**

1    A copy of the complaint is served with this summons. If you wish to seek the advice

2 or representation by an attorney in this matter, you should do so promptly so that your

3 written response, if any, may be filed in time and other legal rights protected.

4    An appropriate written response requires compliance with Rule 10(a)(1) and other

5 Idaho Rules of Civil Procedure and shall also include:

6    1.    The title and number of this case.

7    2.    If your response is an answer to the complaint, it must contain admissions

8 or denials of the separate allegations of the complaint and other defenses you may claim.

9    3.    Your signature, mailing address and telephone number, or the signature,

10 mailing address and telephone number of your attorney.

11    4.    Proof of mailing or delivery of a copy of your response to plaintiffs' attorney,

12 as designated above.

13    To determine whether you must pay a filing fee with your response. contact the clerk

14 of the above-named court.

15    DATED this ___25___ day of ___April___, 2001.

16                                                CLERK OF THE DISTRICT COURT

17                                        By: _Jerry Daw_____

18                                            Deputy

19

20

21

22

23

SUMMONS - 2

*H&H*
*Chartered*
*Hepworth,*
*Lezamiz &*
*Hohnhorst*

COPY

1  John T. Lezamiz
   HEPWORTH, LEZAMIZ & HOHNHORST,
2       CHARTERED
   133 Shoshone St. N.
3  P.O. Box 389
   Twin Falls ID 83303-0389
4  Telephone: (208) 734-7510
   ISB No. 2146
5  Attorneys for Plaintiffs
   (jtl\sulzer\barnes\complain\bjl)

6

7       IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE

8          STATE OF IDAHO, IN AND FOR THE COUNTY OF TWIN FALLS

9                           * * * * * * * * * *

10  WANDA BARNES and CHARLES        )      Case No. CV-01-1517
    BARNES, wife and husband,       )
11                                  )
                 Plaintiffs,        )      COMPLAINT AND DEMAND
12                                  )      FOR JURY TRIAL
          vs.                       )
13                                  )
    SULZER ORTHOPEDICS, INC.,       )
14                                  )
                 Defendant.         )
15                           * * * * * * * * * *

16       COME NOW plaintiffs and, for a cause of action against the defendant, state and

17  allege as follows:

18              A.  PARTIES, JURISDICTION AND VENUE

19                                  1.

20       Plaintiffs Wanda Barnes and Charles Barnes are and, at all relevant times herein,

21  have been husband and wife, residing at Twin Falls, Idaho.

22

23

*HLH*
Chartered
Hepworth,
Lezamiz &
Hohnhorst

COMPLAINT AND DEMAND FOR JURY TRIAL - 1

**2.**

Defendant Sulzer Orthopedics, Inc., d/b/a Sulzer Medica (hereinafter "Sulzer") is a Texas corporation, is a manufacturer of musculoskeletal implants that are distributed globally, including within the State of Idaho, and as a result of its activities within the State of Idaho as hereinafter alleged, Defendant Sulzer is subject to the jurisdiction of this Court pursuant to Idaho Code §5-514.

**3.**

Venue is proper in the above-entitled Court because the injury to plaintiffs occurred in this county, which is also the county most convenient to plaintiff's health care givers by virtue of plaintiff's surgeries being performed in this county.

## B.   COMMON FACTUAL ALLEGATIONS

**4.**

Defendant Sulzer is the manufacturer of various orthopedic and related implants, including hip implants, which, among others, include a component called the "Inter-Op" acetabular shell.   During the manufacturing of said Inter-Op acetabular shell, a manufacturing oil was used on the product, but residual oils from the manufacturing process were not completely removed from the product, such that said product was distributed to the public, including to patients within the State of Idaho, in a contaminated form with residual oil contaminants from the manufacturing process on the hip implant components. These contaminated products were sold and distributed within the State of Idaho, including to physicians for their use in patients within the State of Idaho who required hip replacement procedures.  Plaintiff Wanda Barnes was one of the patients receiving defendant's contaminated hip implant components.

COMPLAINT AND DEMAND FOR JURY TRIAL - 2

**5.**

When hip implants, including the Inter-Op acetabular shell manufactured and distributed by Defendant Sulzer, are delivered to physicians and patients contaminated by residual manufacturing oil, the implants do not adhere to the patient's bone, develop aseptic loosening, and thereafter will require replacement and/or revision with non-contaminated hip implant components.

**6.**

On November 1, 2000, Plaintiff Wanda Barnes was hospitalized for a total hip replacement procedure that was performed by Dr. Frederick L. Surbaugh at Twin Falls Clinic & Hospital in Twin Falls, Idaho. An Inter-Op acetabular shell and other hip implant components manufactured by Defendant Sulzer were utilized during said procedure.

**7.**

Unknown to the physician and to plaintiffs herein, the Inter-Op acetabular shell and other hip implant components manufactured, distributed and sold by Defendant Sulzer were contaminated with residual oils from the manufacturing process, which rendered said components subject to aseptic loosening after their implantation, all to plaintiff's proximate detriment as described more fully hereinafter.

**8.**

On December 5, 2000, Defendant Sulzer initiated a recall of specific manufacturing lots of the Inter-Op acetabular shell and other hip components from the marketplace, which recall included components that had been implanted in plaintiff herein.

*H*L&*H*
*Chartered*
*Hepworth,*
*Lezamiz &*
*Hohnhorst*

COMPLAINT AND DEMAND FOR JURY TRIAL - 3

**9.**

As a result of the contaminated hip implants, plaintiff's bone would not adhere to the hip implant, and it thereafter developed loosening, causing plaintiff severe pain and suffering, and disability, such that plaintiff had to undergo two separate hip replacement/revision procedures, both of which were performed by Dr. Frederick L. Surbaugh at the Twin Falls Clinic & Hospital in Twin Falls, Idaho. The first procedure was performed on December 21, 2000, and the second on January 5, 2001.

**10.**

As a direct and proximate result of the defective and unsafe condition in which Defendant Sulzer delivered the Inter-Op acetabular shell to plaintiff, Plaintiff Wanda Barnes had to undergo a repeat hip replacement/revision procedure, has undergone various medical procedures, and has incurred medical costs and expenses and has sustained and will sustain in the future damages for pain and suffering, disability, disfigurement, lost enjoyment of life and other damage, all to plaintiffs' proximate detriment.

**11.**

As a further direct and proximate result of the above condition, plaintiff's spouse, Charles Barnes, has been damaged and seeks compensatory damages for loss of consortium, all in such further and additional amount as shown by the evidence to be just and reasonable.

**12.**

The amount in controversy equals or exceeds the minimal jurisdictional requirements of this Court.

*H&H*
*Chartered*
*Hepworth,*
*Lezamiz &*
*Hohnhorst*

COMPLAINT AND DEMAND FOR JURY TRIAL - 4

**13.**

Plaintiffs have been required to employ the services of the law firm of Hepworth, Lezamiz & Hohnhorst and are entitled to recover reasonable court costs, attorney fees, and prejudgment interest on all items of fixed cost, all in such additional and further amount as is shown by the evidence to be just and reasonable.

### C.   CLAIMS FOR RELIEF

### COUNT ONE - STRICT LIABILITY FOR DEFECTIVE PRODUCT

**14.**

Plaintiffs replead and incorporate herein all of the above allegations.

**15.**

At the time the above hip replacement components were manufactured, sold and distributed by Defendant Sulzer, said components, including the Inter-Op acetabular shell, were in a defective condition, which defect made the product unreasonably dangerous to plaintiff, and made the product unreasonably dangerous for the intended use for which it was manufactured, distributed and sold by Defendant Sulzer.

**16.**

As a direct and proximate result of the defective and unreasonably dangerous condition of the above-described product, plaintiffs were injured, rendering defendant strictly liable to plaintiffs in tort.

**17.**

As a direct and proximate result of the defective products manufactured and distributed by Defendant Sulzer, plaintiffs were damaged as herein alleged.

*HEH*
*Chartered*
*Hepworth,*
*Lezamiz &*
*Hohnhorst*

COMPLAINT AND DEMAND FOR JURY TRIAL - 5

## COUNT TWO - NEGLIGENCE

### 18.

Plaintiffs replead and incorporate herein by reference all of the above allegations.

### 19.

Defendant Sulzer was negligent in designing, manufacturing, inspecting, and delivering its hip replacement components, including the Inter-Op acetabular shell, such that the same were delivered in a condition to plaintiff which would not be acceptable to a reasonably prudent person under the same or similar circumstances.

### 20.

The misconduct of Defendant Sulzer in negligently designing, manufacturing, inspecting, selling and distributing its product with oil residue contaminants violates various health, safety and related standards, such that defendant is negligent as a matter of law, and as a direct and proximate result of said negligence and negligent per se misconduct, plaintiffs sustained damages as herein alleged.

## COUNT THREE - BREACH OF WARRANTIES

### 21.

Plaintiffs replead and incorporate herein by reference all of the above allegations.

### 22.

Defendant Sulzer is a "merchant" as that term is defined by Idaho Code §28-2-104(1).

### 23.

As a result of designing, manufacturing, selling and distributing the above-described goods, various warranties were made regarding the product, including express warranties,

*Hₑ&H*
*Chartered*
*Hepworth,*
*Lezamiz &*
*Hohnhorst*

COMPLAINT AND DEMAND FOR JURY TRIAL - 6

1   and implied warranties of merchantability and implied warranties of fitness for a particular

2   purpose, all of which were breached by defendant by distributing products that were

3   contaminated with oil residue from the manufacturing process, such that the same were

4   not fit and were not safe for use by patients requiring hip implants.

5                                    **24.**

6        By reason of the defective condition of defendant's goods, and their contamination

7   with oil residue, the goods in question were not fit for their intended purpose, were not fit

8   for the particular purpose for use as hip implants in patients, and otherwise violated various

9   express and implied warranties, including the implied warranties of merchantability and the

10  implied warranty of fitness for a particular purpose, all to plaintiffs' proximate detriment, and

11  as a result thereof, plaintiffs are entitled to damages as set forth herein.

12                                   **25.**

13       Plaintiffs have given defendant timely and sufficient notice of breach of warranty in

14  conformity with Idaho Code §28-2-607.

15                                   **26.**

16       As a direct and proximate result of said breach of warranties, plaintiffs have been

17  damaged and seek damages as set forth herein.

18       WHEREFORE, plaintiffs pray for judgment against Defendant Sulzer as follows.

19       1.    For recovery of Plaintiff Wanda Barnes' damages, including special damages

20             for past and future medical expenses;

21       2.    For recovery of Plaintiff Wanda Barnes' general damages, including

22             damages for past and future pain and suffering, disability, disfigurement, lost

23             enjoyment of life, and other injuries as allowed by Idaho law;

*HE̷H*
*Chartered*
*Hepworth,*
*Lezamiz &*
*Hohnhorst*

COMPLAINT AND DEMAND FOR JURY TRIAL - 7

3.    For loss of consortium by Plaintiff Charles Barnes;

4.    For reasonable court costs, attorney fees, and prejudgment interest on all items of fixed cost; and

5.    For such other and further relief as the Court deems just and equitable.

DATED this 23rd day of April, 2001.

HEPWORTH, LEZAMIZ & HOHNHORST, CHARTERED

By: _____
JOHN T. LEZAMIZ
Attorneys for Plaintiffs

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand trial by a jury of at least twelve (12) members on all issues in the above-entitled matter.

COMPLAINT AND DEMAND FOR JURY TRIAL - 8

*HL&H*
*Chartered*
*Hepworth,*
*Lezamiz &*
*Hohnhorst*

ALLYN L. SWEENEY (ISB# 2524)
RINGERT CLARK CHARTERED
455 S. Third, P. O. Box 2773
Boise, Idaho 83701-2773
Telephone: (208) 342-4591
Fax No.:   (208) 342-4657

Attorneys for Defendant

IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO IN AND FOR THE COUNTY OF TWIN FALLS

| | | |
|---|---|---|
| WANDA BARNES and CHARLES BARNES, wife and husband, | ) ) ) | |
| Plaintiff, | ) ) | Case No. CV-01-1517 |
| -vs- | ) ) ) | **PETITION FOR ENLARGEMENT OF TIME** |
| SULZER ORTHOPEDICS, INC., | ) ) ) | |
| Defendant. | ) ) | |

COME NOW the above-entitled Defendant, pursuant to Rule 6, Idaho Rules of

Civil Procedure, and respectfully move this Court for its order enlarging Defendant's

time within which to appear and plead further herein, upon the ground and for the

reason that the undersigned counsel has not yet been able to determine the

material facts of this case, or the particulars of the damages alleged, in connection

with which discovery will be and is required to enable Defendant to answer or

otherwise plead to this Complaint. Undersigned counsel does represent to the

Court that the grounds above stated in support of this request for an enlargement

are consistent with the actual existing needs of the defense and are made in good

**PETITION FOR ENLARGEMENT OF TIME - 1**
C:\DOCA\Sulzer\Barnes\Pet-Enlg.wpd

EXHIBIT B

faith and not as a dilatory matter. Defendant requests an enlargement of time of approximately thirty (30) days from the date hereof to permit said discovery, and within which to investigate facts revealed by said discovery. Defendant's time for appearance in this case has not yet expired.

Dated this _18_ day of May, 2001.

RINGERT CLARK CHARTERED

By _____
Allyn L. Sweeney,
Attorneys for Defendant


## CERTIFICATE OF SERVICE

I hereby certify that on the _18_ day of May, 2001, a true and correct copy of the foregoing was served upon all parties listed below by:

☑ U.S. Mail ☐ Fax   ☐ By Hand ☐ Overnight

John T. Lezamiz
HEPWORTH, LEZAMIZ & HOHNHORST, CHTD.
133 Shoshone St. N.
P.O. Box 389
Twin Falls, ID 83303-0389

_____
Allyn L. Sweeney

**PETITION FOR ENLARGEMENT OF TIME - 2**
C:\DOC\A\RSutter\EarnenPet-Enlg.wpd

ALLYN L. SWEENEY (ISB# 2524)
RINGERT CLARK CHARTERED
455 S. Third, P. O. Box 2773
Boise, Idaho 83701-2773
Telephone: (208) 342-4591
Fax No.:   (208) 342-4657

Attorneys for Defendant

IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO IN AND FOR THE COUNTY OF TWIN FALLS

| | | |
|---|---|---|
| WANDA BARNES and CHARLES BARNES, wife and husband, | ) ) ) | |
| Plaintiff, | ) ) | Case No.  CV-01-1517 |
| -vs- | ) ) ) | **ORDER FOR ENLARGEMENT OF TIME** |
| SULZER ORTHOPEDICS, INC., | ) ) | |
| Defendant. | ) ) | |

The Petition for Enlargement of Time coming duly and regularly come before

this Court, IT IS HEREBY ORDERED that Defendant herein shall have thirty (30) days

from the date hereof within which to plead further.

DATED this 21 day of May, 2001.

(S) Nathan Higer
DISTRICT JUDGE

**ORDER FOR ENLARGEMENT OF TIME - 1**
C:DOC A:Sulzer Barnes Ord Enlg.wpd

EXHIBIT C

ALLYN L. SWEENEY (ISB# 2524)
RINGERT CLARK CHARTERED
455 S. Third, P. O. Box 2773
Boise, Idaho  83701-2773
Telephone:  (208) 342-4591
Fax No.:  (208) 342-4657

Attorneys for Defendant

IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO IN AND FOR THE COUNTY OF TWIN FALLS

| | |
|---|---|
| WANDA BARNES and CHARLES BARNES, wife and husband, )<br><br>Plaintiffs, )<br><br>-vs- )<br><br>SULZER ORTHOPEDICS, INC., )<br><br>Defendant. ) | Case No. CV-01-1517<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO** |

TO:   PLAINTIFFS ABOVE-NAMED, AND THE CLERK OF THE DISTRICT COURT OF THE

FIFTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF

TWIN FALLS:

PLEASE TAKE NOTICE that on May 29th, 2001, Defendant Sulzer Orthopedics Inc.

("Defendant") filed a "Notice of Removal of Action Pursuant to 28 U.S.C. §§ 1332(a)(1) and

1441(b)," a true and correct copy of which is attached hereto as Exhibit A, removing the above-

entitled action from the District Court of the Fifth Judicial District of the State of Idaho, in and for

the County of Twin Falls, to the United States District Court for the District of Idaho.

PLEASE TAKE FURTHER NOTICE that, upon filing the Notice of Removal with the Clerk

of the United States District Court for the District of Idaho, and filing copies thereof with the Clerk

NOTICE OF FILING NOTICE OF REMOVAL IN THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF IDAHO - 1

**EXHIBIT D**

of the District Court of the Fifth Judicial District of the State of Idaho, in and for the County of Twin Falls, Defendant has effected removal of this action, and the Twin Falls District Court shall proceed no further in this action unless and until the case is remanded.

DATED this 29th day of May, 2001.

RINGERT CLARK CHARTERED

By _____
Allyn L. Sweeney,
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of May, 2001, a true and correct copy of the foregoing was served upon all parties listed below by:

☒ U.S. Mail  ☐ Fax   ☐ By Hand  ☐ Overnight

John T. Lezamiz
HEPWORTH, LEZAMIZ & HOHNHORST, CHTD.
133 Shoshone St. N.
P.O. Box 389
Twin Falls, ID 83303-0389

_____
Allyn L. Sweeney

NOTICE OF FILING NOTICE OF REMOVAL IN THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF IDAHO - 2